FILED
CLERK, U.S. DISTRICT COURT

JANUARY 26, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ch___ DEPUTY

O

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTHA GARCIA,<br><br>Defendant. | Case No. CR 2:22-cr-325-MEMF<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

    On January 25, 2024, Defendant Martha Garcia made her initial appearance on a pending petition alleging violations of supervised release conditions. A contested detention hearing was held. After review, the Court concludes no condition or combination of conditions could reasonably assure Ms. Garcia's appearance or the safety of the community, if she were released.

    Following an arrest for alleged violation of the terms of supervised release, a defendant bears the burden of establishing, by clear and convincing evidence, that she would not pose a risk of flight or a danger to any other person or the community if released. Fed. R. Crim. P. 32.1(a)(6). The Court finds that Ms. Garcia has not

carried that burden. Ms. Garcia last reported to her Probation Officer in 2022; since that date, she has apparently made no attempt to be in contact. According to her attorney, Ms. Garcia now would like to get assistance with her drug habit, though she did not take advantage of prior opportunities the Probation Office set up for her (or seek out the Probation Office's assistance with that matter over the past year plus since she was last in contact). She has no one in the community who stepped forward to serve as a bail resource. Based on the information available to the Court at this time, it does not appear that there are additional conditions that could be added that would protect the safety of the community or ensure Ms. Garcia's appearance as required.

    IT IS THEREFORE ORDERED that Ms. Garcia is remanded to the custody of the U.S. Marshal pending further proceedings in this case.

Dated: January 26, 2024

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE