# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTHA GARCIA,<br><br>Defendant. | 2:22-cr-00325-MEMF-1<br><br>JUDGMENT AND COMMITMENT ON REVOCATION OF SUPERVISED RELEASE |

Defendant and her counsel, having appeared in person, Defendant having admitted allegations of the Petitions on Probation and Supervised Release filed on October 3, 2022, and February 14, 2024, and the Court having found the Defendant to be in violation of the terms and conditions of supervised release,

IT IS ORDERED that supervised release is revoked.

IT IS FURTHER ORDERED that Defendant, Martha Garcia, shall be committed to the custody of the Bureau of Prisons to be imprisoned for a term of **Time Served**. On release from confinement, Defendant shall be placed on supervised release for a new term of **three (3) years** on the same terms and conditions originally imposed, with the following additional conditions:

1. The Defendant shall participate and complete a residential treatment program at Little House, 9718 Harvard Street, Bellflower, CA., 90706:

The Court advised the Defendant of her right to appeal this order.

The Court ORDERS the BOP to release the Defendant tomorrow morning, on or before 12:00 p.m. to the Office of the Federal Public Defender for transportation to participate and complete a residential treatment program at Little House.

DATED: February 15, 2024

MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE

BRIAN D. KARTH, CLERK

DATED/FILED:                By:   /s/Damon Berry
                                  Deputy Clerk